PLAINTIFF

   VS.

DEFENDANT

                                               CIVIL ACTION NO.

**PLEADING FILED IN PAPER FORMAT**