IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY WILLARD and | : | CIVIL ACTION |
| ROBERT E. WILLARD, h/h, | : | |
| Plaintiffs, | : | |
| | : | NO. 02-CV-4013 |
| v. | : | |
| | : | |
| JEFFERSON AT WESTTOWN a/k/a | : | |
| JEFFERSON AT WESTTOWN APARTMENTS, et al | | |
| Defendants | : | |

## STIPULATED AMENDED PRE-TRIAL ORDER

**AND NOW,** this         day of November 2003, it is hereby **ORDERED** as follows:

1.   All discovery in this case is to be completed by December 30, 2003.

2.   Pretrial Motions or Motions for Summary Judgment are to be filed within fifteen (15) days of the close of discovery.

3.   This case will be placed in the Trial Pool (published in the Legal Intelligencer) on March 23, 2004.

4.   Changes in the foregoing schedule may be obtained only by written application to the Court for cause shown.

5.   Unless otherwise ordered, counsel need not submit a final Pretrial Order. However, all exhibits must be marked and exchanged and all witness lists exchanged at least three (3) working days in advance of trial. No objection to authenticity of any exhibit will be entertained unless raised before trial.

6.   If requested by counsel, the Court will hold a Pretrial or Settlement Conference at any time; but no such conference will ordinarily be scheduled in the absence of a request.

RESPECTFULLY JOINTLY SUBMITTED,

| | |
|---|---|
| _____ | _____ |
| MAUREEN E. HAILEY | DAVID J. STUTMAN |
| Law Offices of J. Mark Pecci, II | FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP |
| 30 South 17th Street, Suite 2010 | 2000 Market Street, Tenth Floor |
| Philadelphia, PA  19103-4098 | Philadelphia, PA  19103 |
| **Attorney for Defendants** | **Attorney for Plaintiffs** |

                     **BY THE COURT:**

                     _____
                     **CLIFFORD SCOTT GREEN, S.J.**