IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY F. WILLARD, ET AL., | : | |
|     Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 02-CV-4013 |
| | : | |
| JEFFERSON AT WESTTOWN, ET AL. | : | |
|     Defendants. | : | |

## ORDER

Presently pending is Plaintiffs' Motion to Compel (Doc. 16). Plaintiffs filed the instant motion on December 15, 2003. According to Plaintiffs' Certificate of Service, Defendants were served by U.S. mail and facsimile on December 15, 2003. To date, Defendants have not filed a response. According to Local Rule of Civil Procedure 7.1(c), a response must be filed within 14 days from the date of filing of the original motion; otherwise the motion will be treated as uncontested. Therefore, pursuant to Local Rule of Civil Procedure 7.1(c), I will grant the uncontested motion.

**AND NOW**, this _____ day of January 2004, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel is **GRANTED AS UNOPPOSED**.

**IT IS FURTHER ORDERED** that Defendants shall provide full and complete answers to Plaintiffs' interrogatories, request for production of documents and supplemental request for production of documents within ten (10) days from the date of this Order or suffer sanctions upon application to this Court.

**BY THE COURT:**

_____
**Clifford Scott Green, S.J.**