IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARY F. WILLARD, ET AL.
:   CIVIL ACTION
:
    vs.   :
:   NO. 02-4013
JEFFERSON AT WESTTOWN, ET AL.

O R D E R

**AND NOW, TO WIT:** This 19th day of March, 2004, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
    Michael Owens
    Deputy Clerk

Civ 2 (7/83)
41.1(b)